# United States Court of Appeals for the Fifth Circuit

---

No. 25-30207
Summary Calendar

---

United States Court of Appeals
Fifth Circuit
**FILED**
November 7, 2025
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Quindele Addison,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CR-205-2

---

Before King, Haynes, and Ho, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Quindele Addison has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Addison has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-30207

assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.